IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CAO GROUP, INC., a Utah corporation, ) | |
| ) | RGA |
| Plaintiff, ) | C. A. No.: 17-1800-~~VAC-SRF~~ |
| ) | |
| v. ) | |
| ) | |
| DENTSPLY SIRONA INC., a Delaware ) | |
| corporation, ) | |
| ) | |
| Defendant. ) | |

### JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1), Plaintiff CAO Group, Inc. and Defendant DENTSPLY SIRONA Inc., by and through undersigned counsel, hereby stipulate that this action and all claims including all counterclaims and defenses asserted therein be dismissed with prejudice, with each party bearing its own attorneys' fees, costs, and expenses. The parties also withdraw and terminate all pending motions submitted in this action.

| | |
|---|---|
| YOUNG CONAWAY STARGATT & TAYLOR, LLP | MORRIS JAMES LLP |
| /s/ *James L. Higgins* | /s/ *Kenneth L. Dorsney* |
| Melanie K. Sharp (No. 2501) | Kenneth L. Dorsney (No. 3726) |
| James L. Higgins (No. 5021) | 500 Delaware Avenue, Suite 1500 |
| 1000 North King Street | Wilmington, DE 19801 |
| Wilmington, DE 19801 | (302) 888-6800 |
| (302) 571-6600 | kdorsney@morrisjames.com |
| msharp@ycst.com | |
| jhiggins@ycst.com | MCNEES WALLACE & NURICK LLC |
| | Shawn Leppo |
| TRASKBRITT, P.C. | 100 Pine Street |
| H. Dickson Burton | P.O. Box 1166 |
| J. Jeffrey Gunn | Harrisburg, PA 17108-1166 |
| Stephen E. Pulley | (717) 237-5267 |
| 230 South 500 East #300 | |
| Salt Lake City, UT 84102 | *Attorneys for Dentsply Sirona Inc.* |
| (801) 532-1922 | |
| *Attorneys for CAO Group, Inc.* | |

1

SO ORDERED this __28__ day of __February__, 2018.

_____
United States District Judge

01:22907521 1